UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
WILLIE EARL JONES,

                Plaintiff,                       **ORDER**

v.

                                               19-CV-05288 (PMH)

ORANGE COUNTY JAIL, ET AL.,

                Defendants.
-----------------------------------------------------------X

      By letter dated March 18, 2020 defendant, Sergeant Cimorelli, through counsel, requests a ninety-day extension of all discovery deadlines. It is hereby

      ORDERED that the defendant's request is granted. In accordance with Judge Halpern's Individual Practices, Defendant shall promptly submit an amended Civil Case Discovery Plan and Scheduling Order in which a ninety-day discovery extension for all discovery deadlines is reflected. However, the date for the next case management conference shall be left blank and will be determined by the Court.

Dated: New York, New York
       March 18, 2020

                                            SO ORDERED:

                                            _____
                                            Philip M. Halpern
                                            United States District Judge