UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
WILLIE EARL JONES, JR.,

                                **ORDER**

               Plaintiff,

v.                                    19-cv-5288 (PMH)

J. CIMORELLI,

               Defendant.
-------------------------------------------------------X

       On August 28, 2020, Plaintiff was granted permission to file an Amended Complaint by October 1, 2020. (Doc. 40). In light of that Order, the conference scheduled for September 17, 2020 is cancelled and will be rescheduled by the Court at a later time.

       Counsel for Defendant is directed to mail a copy of this Order to Plantiff and provide proof of service on the docket.


Dated: New York, New York
       September 11, 2020

                                                SO ORDERED:

                                                _____
                                                Philip M. Halpern
                                                United States District Judge